The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00700-RSL<br><br>STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) |

## STIPULATION

Counsel for Plaintiffs and Defendants conducted a FRCP 26(f) Conference on Thursday, May 25, 2017. During said Conference, counsel met and conferred regarding discovery deadlines in this case and discussed the Court's June 5, 2017 deadline for FRCP 26(a)(1) Initial Disclosures. *See, e.g.*, Dkt. 16. The Parties collectively agreed and hereby request that the Court enter, the subjoined Order continuing the deadline for FRCP 26(a)(1) Initial Disclosures for a period of seven (7) days to June 12, 2017.

STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO
CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO
FRCP 26(a)(1) - 1
No. 2:17-cv-00700-RSL

84796346v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

## ORDER

The Court, having reviewed the foregoing stipulation of counsel for all Parties, and being fully advised in the premises herein, it is hereby ORDERED, ADJUDGED and DECREED as follows:

The deadline for disclosure of the FRCP 26(a)(1) Initial Disclosures in this case is hereby continued for seven (7) days until June 12, 2017.

DONE IN OPEN COURT this 31st day of May, 2017.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
United States District Judge

Respectfully submitted on behalf of and authorized by all counsel:

SEDGWICK LLP

s/Barry N. Mesher
s/Alice C. Serko
Barry N. Mesher, WSBA #07845
Alice C. Serko, WSBA #45992
barry.mesher@sedgwicklaw.com
alice.serko@sedgwicklaw.com
asbestos.seattle@sedgwicklaw.com
*Attorneys for Air & Liquid Systems Corporation*

*Presented by:*

s/ Thomas J. Breen    *(Approved For Signature 5/25/17)*
Kristin Houser, WSBA #7286
Thomas J. Breen, WSBA #34574
William Rutzick, WSBA #11533
Lucas W.H. Garrett, WSBA #38452
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104-1657
Phone: (206) 622-8000

STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO
CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO
FRCP 26(a)(1) - 2
No. 2:17-cv-00700-RSL

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

84796346v1

FAX#: (206) 682-2305
Email:   SGBasbestos@sgb-law.com
*Attorneys for Plaintiffs*

s/ Richard Gawlowski      *(Approved For Signature 5/25/17)*
Richard Gawlowski, WSBA #19713
WILSON, SMITH, COCHRAN & DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: (206) 623-4100
FAX #: (206) 623-9273
Email:   MetLifeAsbestos@wscd.com
*Attorneys for Defendant Metropolitan Life Insurance Company*

s/ Mark B. Tuvim      *(Approved For Signature 5/25/17)*
s/ Kevin J. Craig      *(Approved For Signature 5/25/17)*
Kevin Craig, WSBA #29932
Mark Tuvim, WSBA #31909
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle WA 98104
Phone: (206) 695-5100
FAX #: (206) 689-2822
E-Mail:   SEAAsbestos@gordonrees.com
*Attorneys for Asbestos Corporation Ltd.; Ingersoll Rand Company*

s/ James Horne      *(Approved For Signature 5/25/17)*
James Horne, WSBA #12166
GORDON, THOMAS, HONEYWELL LLP
600 University Street, Suite 2100
Seattle, WA 98101
Phone: (206) 676-7500
FAX #: (206) 676-7575
Email:   IMOservice@gth-law.com
*Attorneys for IMO Industries, Inc.*

s/ Erin P. Fraser      *(Approved For Signature 5/25/17)*
Chris Marks, WSBA #28634
Erin P. Fraser, WSBA #43379
SEDGWICK LLP
600 University Street, Suite 2915
Seattle, WA 98101
Phone: (206) 462-7560
FAX #: (877) 541-3918

STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO
CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO
FRCP 26(a)(1) - 3
No. 2:17-cv-00700-RSL

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA  98101-4172
206.462.7560

84796346v1

| | |
|---|---|
| 1 | Email: asbestos.seattle@sedgwicklaw.com |
| 2 | ***Attorneys for General Electric Company; CBS Corporation; & Foster Wheeler Energy Corporation*** |

1 Email: asbestos.seattle@sedgwicklaw.com
***Attorneys for General Electric Company; CBS Corporation; & Foster Wheeler Energy Corporation***

s/ James D. Hicks _____ *(Approved For Signature 5/25/17)*
Brian Smith, WSBA #45930
James D. Hicks, WSBA #36126
FOLEY & MANSFIELD, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206) 684-9462
FAX #: (206) 456-5361
Email: asbestos-sea@foleymansfield.com
***Attorneys for The Wm. Powell Company***

s/ Allen E. Eraut _____ *(Approved For Signature 5/25/17)*
Allen E. Eraut, WSBA #30940
RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201-3530
Phone: (503) 229-1819
FAX #: (503) 229-0630
Email: asbestos@rizzopc.com
***Attorneys for Warren Pumps, LLC***

s/ Ronald C. Gardner _____ *(Approved For Signature 5/25/17)*
Ronald C. Gardner, WSBA #9270
GARDNER TRABOLSI & ASSOCIATES PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121-1849
Phone: (206) 256-6309
FAX #: (206) 256-6318
Email: asbestos@gandtlawfirm.com
***Attorneys for Goulds Pumps, Inc.***

s/ G. William Shaw _____ *(Approved For Signature 5/25/17)*
G. William Shaw, WSBA #8573
K&L GATES
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-7955
FAX #: (206) 370-6169
Email: se.asbestos@klgates.com
***Attorneys for Crane Co.***

STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO
CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO
FRCP 26(a)(1) - 4
No. 2:17-cv-00700-RSL

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

84796346v1

s/ Dana Kopij   *(Approved For Signature 5/25/17)*
Dana Kopij, WSBA #31648
WILLIAMS KASTNER & GIBBS
601 Union Street, Suite 4100
Seattle, WA 98101
Phone: (206) 628-6600
FAX #: (206) 628-6611
Email:   wkgasbestos@williamskastner.com
***Attorneys for Weir Valve & Controls USA, Inc.***

s/ Chris R. Youtz   *(Approved For Signature 5/25/17)*
Chris R. Youtz, WSBA #7786
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
999 Third Avenue, Suite 3650
Seattle, WA 98104
Phone: (206) 223-0303
FAX #: (206) 223-0246
Email:   cyoutz@sylaw.com
***Attorneys for Uniroyal, Inc.***

s/ Timothy K. Thorson   *(Approved For Signature 5/25/17)*
Timothy K. Thorson, WSBA #12860
CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Phone: (206) 622-8020
Email:   asbestos@carneylaw.com
***Attorneys for Saberhagen Holdings, Inc.***

STIPULATED REQUEST TO EXTEND DEADLINE AND ORDER TO
CONTINUE DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO
FRCP 26(a)(1) - 5
No. 2:17-cv-00700-RSL

84796346v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560