Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:17-cv-00700-RSL<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT SABERHAGEN HOLDINGS, INC. |

THIS MATTER came before the Court upon Defendant Saberhagen Holdings, Inc.'s Motion for Judgment on the Pleadings Under Rule 12(c) or Alternatively for Summary Judgment Under Rule 56. Dkt. # 40. The motion is unopposed. Dkt. # 42. Given that the moving defendant was dissolved more than three years before this lawsuit was filed, plaintiff's claims against Saberhagen Holdings, Inc., are hereby DISMISSED.

Dated this 27th day of July, 2017.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge