The Honorable Robert S. Lasnik
Trial Date: June 4, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. |

## STIPULATION

Plaintiffs Alice Mikelsen, Surviving Spouse, and Susan Page, as Personal Representative for Arthur Melvin Mikelsen, Deceased, and Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc. (hereinafter, "Weir Valves") hereby stipulate and agree that all claims against Weir Valves only may be dismissed without prejudice and without costs and/or attorney fees as to any party.

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. - 1
(NO. 2:17-cv-00700)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6145656.1

1  DATED this 1st day of August, 2017

2  WILLIAMS, KASTNER & GIBBS PLLC

3

4  By s/Dana C. Kopij
    Dana C. Kopij, WSBA #31648
    Attorney for Weir Valves & Controls USA,
5     Inc. d/b/a Atwood & Morrill Co., Inc.
    601 Union Street, Suite 4100
6     Seattle, WA 98101-2380
    Tel: (206) 628-6600 Fax: (206) 628-6611
7     Email: dkopij@williamskastner.com

DATED this 1st day of August, 2017

SCHROETER, GOLDMARK & BENDER

By s/Kristin M. Houser
    Kristin M. Houser, WSBA #7286
    Attorneys for Plaintiffs Alice Mikelsen,
    Surviving Spouse, and Susan Page, as
    Personal Representative for Arthur Melvin
    Mikelsen
    810 Third Ave., Suite 500
    Seattle, WA 98104
    Tel: (206) 622-8000  Fax: (206) 682-2305
    Email: houser@sgb-law.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO
DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a
ATWOOD & MORRILL CO., INC. - 2
(NO. 2:17-cv-00700)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6145656.1

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant Weir Valves to dismiss all claims against Weir Valves only without prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc. are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED this 4th day of August, 2017.

_____
HONORABLE ROBERT S. LASNIK

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Dana C. Kopij*
   Dana C. Kopij, WSBA #31648
   Attorney for Weir Valves & Controls USA, Inc.
   d/b/a Atwood & Morrill Co., Inc.
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
   Tel: (206) 628-6600 Fax: (206) 628-6611
   Email: dkopij@williamskastner.com

APPROVED AS TO FORM AND CONTENT BY:

SCHROETER, GOLDMARK & BENDER

By *s/Kristin M. Houser*
   Kristin M. Houser, WSBA #7286
   Attorneys for Plaintiff Susan Page
   810 Third Ave., Suite 500
   Seattle, WA 98104
   Tel: (206) 622-8000 Fax: (206) 682-2305
   Email: houser@sgb-law.com

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. - 3
(NO. 2:17-cv-00700)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6145656.1