THE HONORABLE ROBERT S. LASNIK
Trial Date: June 4, 2018

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN,<br>Plaintiffs,<br>v.<br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br>Defendants. | Case No. 2:17-cv-00700-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WILLIAM POWELL COMPANY** |

## STIPULATION

Plaintiffs Alice Mikelsen, Surviving Spouse, and Susan Page, as Personal Representative for Arthur Mikelsen, Decedent, and Defendant William Powell Company stipulate that all claims against William Powell Company only may be dismissed without prejudice and without costs and/or attorney fees as to any party.

///

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WILLIAM POWELL COMPANY

Page 1

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

| FOLEY & MANSFIELD | SCHROETER GOLDMAN & BENDER |
|---|---|
| /s/Brian B. Smith | /s/Kristin M. Houser |
| Brian B. Smith, WSBA #45930 | Kristin M. Houser, WSBA # 7286 |
| Attorney for William Powell | Attorneys for Plaintiffs |
| 999 Third Avenue, Suite 3760 | 810 Third Avenue, Suite 500 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| Tel: 206-456-5360 | Tel: 206-622-8000 |
| bsmith@foleymansfield.com | houser@sgb-law.com |

### ORDER OF DISMISSAL

This matter came before the Court by way of stipulated motion by the Plaintiffs and Defendant William Powell Company to dismiss all claims against William Powell Company only, without prejudice and without costs and/or attorney fees as to any party.

IT IS ORDERED that all claims against Defendant William Powell Company are dismissed without prejudice and without costs or attorney fees as to any party.

DATED this 16th day of August, 2017.

_____
HONORABLE ROBERT S. LASNIK

PRESENTED BY:

FOLEY & MANSFIELD

By:   /s/Brian Smith
    Attorneys for Defendant William Powell
    Brian Smith, WSBA #45930
    bsmith@foleymansfield.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WILLIAM POWELL COMPANY

Page 2

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

1  APPROVED AS TO FORM AND CONTENT BY:

2  SCHROETER, GOLDMARK & BENDER

3

4  By: /s/Kristin M. Houser
      Kristin M. Houser, WSBA # 7286
5     Attorneys for Plaintiffs
      houser@sgb-law.com