Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT INFORMATION |

## **STIPULATION**

Pursuant to the Court's *Minute Order Setting Trial Date & Related Dates* (Dkt. #39), the deadline for parties to disclose expert information under Fed. R. Civ. P. 26(a)(2) is December 6, 2017. The Parties[1] herein agree and request that the Court enter an order extending the deadline for a period of two (2) weeks, up to and including December 20, 2017.

Good cause exists for such an extension because Plaintiffs' counsel was recently informed that their expert, Everett Cooper, is out of the country and will not return until

---

[1] Plaintiffs have tentatively agreed to settlement with certain defendants (Asbestos Corporation Ltd., Ingersoll Rand Company, Uniroyal, Inc., and Goulds Pumps, Inc.). These defendants are not included in the stipulation. Once the settlements have been finalized, counsel will file notices of settlement with the Court.

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT
INFORMATION
– 1
(Case No. 17-cv-00700-RSL)
631460.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

December 5, 2017, which will not allow Mr. Cooper sufficient time to prepare a report for disclosure under the current deadline of December 6, 2017. All parties are in agreement that such an extension is warranted.

**ORDER**

The Court, having reviewed the foregoing stipulation of counsel for all parties, and being fully advised in the premise herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for disclosure of expert reports and information under Fed. R. Civ. P. 26(a)(2) is extended for a period of two (2) weeks, up to and including December 20, 2017.

DATED this 21st day of November, 2017

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Respectfully submitted on behalf of and approved by all counsel.

s/ Lucas Garrett
KRISTIN HOUSER, WSBA #7286
LUCAS GARRETT, WSBA #38452
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
sgbasbestos@sgb-law.com; houser@sgb-law.com; garrett@sgb-law.com
*Counsel for Plaintiffs*


s/ G. William Shaw
G. WILLIAM SHAW, WSBA #8573
K&L GATES
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
se.asbestos@klgates.com
*Counsel For: Crane Co.*

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT
INFORMATION
- 2
(Case No. 17-cv-00700-RSL)
631460.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

*s/ Allen Eraut*
ALLEN ERAUT, WSBA #30940
RIZZO MATTINGLY BOSWORTH, PC
1300 SW 6th Avenue, Suite 330
Portland, Oregon 97204
asbestos@rizzopc.com
*Counsel For: Warren Pumps*

*s/ Richard Gawlowski*
RICHARD GAWLOWSKI, WSBA #19713
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164-2050
MetLifeAsbestos@wscd.com
*Counsel For: Metropolitan Life Insurance Co.*

*s/ Barry Mesher*
BARRY MESHER, WSBA #07845
ALICE COLES SERKO, WSBA #45992
SEDGWICK LLP
600 University Street
Suite 2915
Seattle, WA 98101
asbestos.seattle@sedgwicklaw.com
*Counsel For: Air & Liquid Systems Corp.*

*s/ James E. Horne*
JAMES E. HORNE, WSBA #12166
GORDON, THOMAS, HONEYWELL
600 University Street, #2100
Seattle, WA 98101
IMOservice@gth-law.com
*Counsel For: IMO Industries, Inc.*

*s/ Christopher S. Marks*
CHRISTOPHER S. MARKS, WSBA #28634
ERIN FRASER, WSBA #43379
SEDGWICK LLP
600 University Street
Suite 2915
Seattle, WA 98101
asbestos.seattle@sedgwicklaw.com
*Counsel For: CBS Corp., Foster-Wheeler Energy Corp., and General Electric*

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT
INFORMATION
– 3
(Case No. 17-cv-00700-RSL)
631460.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305