HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:17-cv-00700-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. |

The Parties stipulate that all claims against Uniroyal, Inc. shall be dismissed with prejudice and without costs to any party.

DATED: January 4, 2018.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

_____
Chris R. Youtz (WSBA #7786)
Attorneys for Defendant Uniroyal, Inc.

SCHROETER GOLDMARK & BENDER

_____
Kristin Houser (WSBA #7286)
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. – 1
[Case No. 2:17-cv-00700-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246

## ORDER

Pursuant to the above stipulation, IT IS ORDERED that all claims against Uniroyal, Inc. are hereby dismissed with prejudice and without costs to any party.

DATED this 5th day of January, 2018.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

_____
Chris R. Youtz (WSBA #7786)
Attorney for Defendant Uniroyal, Inc.

and

SCHROETER GOLDMARK & BENDER

_____
Kristin Houser (WSBA #7286)
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. – 2
[Case No. 2:17-cv-00700-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246