The Honorable Robert S. Lasnik
Trial Date: June 4, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | No. 17-cv-00700-RSL<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on the motion of Chris S. Marks, Erin P. Fraser and Sedgwick LLP seeking leave to withdraw as counsel for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation, and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Chris S. Marks, Erin P. Fraser and Sedgwick LLP may withdraw as counsel of record for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation.

Dated this 9th day of January, 2018.

*[signature]*
THE HONORABLE ROBERT S. LASNIK

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677478v1