UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for the Estate of ARTHUR MELVIN MIKELSEN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00700 RSL<br><br>STIPULATION AND ORDER TO ALLOW RE-NOTING OF PENDING MOTION TO COMPEL |

Currently pending is Plaintiffs' Motion to Compel IMO Industries, Inc.'s Discovery Responses (ECF 73), which is noted for consideration for February 2, 2018. The noting date is in accord with the Court's Minute Order Setting Trial Date & Related Dates (ECF 39), which requires all motions related to discovery to be noted for consideration no later than the Friday before the close of discovery. (Discovery is to be completed by February 4, 2018. Id.)

Plaintiffs and defendant IMO Industries, Inc. ("IMO") have agreed in principal upon terms of a settlement of this matter, but IMO requires additional time to obtain necessary

STIPULATION AND ORDER TO ALLOW RE-NOTING
OF PENDING MOTION TO COMPEL - 1 of 3
(2:17-cv-00700 RSL)
[4824-9215-4459]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

approvals in order to confirm those arrangements (but does not expect difficulty doing so), which then will allow the parties to withdraw this motion.  Therefore, rather than withdrawing or striking plaintiffs' Motion to Compel, plaintiffs and IMO request that the Court allow a continuance of the noting date of plaintiffs' Motion to Compel, from February 2, 2018 to February 16, 2018, so that the motion remains pending in the event the parties are not able to confirm arrangements for a settlement in the interim.  Counsel for the parties believe that it is very likely that they will be able to confirm arrangements for a settlement and strike pending motions prior to the extended noting date.  Plaintiffs and IMO therefore jointly request that the Court allow a brief continuance of this motion, by allowing it to be re-noted for consideration for Friday, February 16, 2018.

DATED this 25th day of January, 2018.

GORDON THOMAS HONEYWELL LLP

By /s/ Michael E. Ricketts
   Michael E. Ricketts, WSBA No. 09387
   mricketts@gth-law.com
Attorneys for Defendant IMO Industries, Inc.

SCHROETER GOLDMARK & BENDER

By /s/ Kristin Houser [per email authorization]
   Kristin Houser, WSBA No. 07286
   houser@sgb-law.com
Attorneys for Plaintiffs

## ORDER

The Court, having reviewed the foregoing stipulation of counsel for Plaintiffs and Defendant IMO Industries, Inc., and being fully advised in the premises, hereby orders

//

//

//

//

STIPULATION AND ORDER TO ALLOW RE-NOTING
OF PENDING MOTION TO COMPEL - 2 of 3
(2:17-cv-00700 RSL)
[4824-9215-4459]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

that plaintiffs' pending Motion to Compel IMO Industries, Inc.'s Discovery Responses (ECF 73) may be re-noted for consideration for Friday, February 16, 2018.

DATED this 26th day of January, 2018.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented By:

GORDON THOMAS HONEYWELL LLP

By _/s/ Michael E. Ricketts_
   Michael E. Ricketts, WSBA No. 09387
   mricketts@gth-law.com
   Attorneys for Defendant IMO Industries, Inc.

SCHROETER GOLDMARK & BENDER

By _/s/ Kristin Houser_ _[per email authorization]_
   Kristin Houser, WSBA No. 07286
   houser@sgb-law.com
   Attorneys for Plaintiffs

STIPULATION AND ORDER TO ALLOW RE-NOTING
OF PENDING MOTION TO COMPEL - 3 of 3
(2:17-cv-00700 RSL)
[4824-9215-4459]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575