UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C17-700RSL<br><br>ORDER CONTINUING<br>TRIAL DATE AND<br>RELATED DEADLINES |

Based on the parties' stipulation, Dkt. # 92, the trial date is continued to November 5, 2018. The parties' dispositive motions, Dkt. ## 86, 87, are renoted to June 22, 2018. Plaintiff may list Dr. Carl Brodkin as an expert witness. His export report shall be produced no later than July 1, 2018.

DATED this 27th day of March, 2018.

　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES - 1