Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>                 Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>                 Defendants. | NO. 2:17-cv-00700-RSL<br><br>ORDER EXTENDING DISCOVERY DEADLINE |

THIS MATTER came before the Court on "Plaintiffs' Motion to Extend Discovery Deadline." Dkt. # 96. The motion is unopposed. Dkt. # 97. The motion is therefore GRANTED. The discovery deadline is hereby extended to June 13, 2018.

Dated this 10th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

**ORDER EXTENDING DISCOVERY DEADLINE**