1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE MIKELSEN, Surviving Spouse, and
SUSAN PAGE, as Personal Representative for
the Estate of ARTHUR MELVIN MIKELSEN,
deceased,

                    Plaintiffs,

         v.

ASBESTOS CORPORATION, LTD., et al.,

                    Defendants.

NO.  2:17-cv-00700 RSL

STIPULATION AND [PROPOSED] ORDER
DISMISSING DEFENDANT IMO
INDUSTRIES, INC.

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the Plaintiffs and Defendant IMO

INDUSTRIES, INC. that all of Plaintiffs' claims in this action against Defendant IMO

INDUSTRIES, INC. shall be dismissed with prejudice and without costs.

Dated this 1st day of June, 2018.

GORDON THOMAS HONEYWELL LLP

By _s/ Michael E. Ricketts_
         Michael E. Ricketts, WSBA No. 9387
         mricketts@gth-law.com
         James E. Horne, WSBA No. 12166
         jhorne@gth-law.com

Attorneys for Defendant IMO Industries, Inc.

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT IMO
INDUSTRIES, INC. - 1 of 3
(2:17-cv-00700 RSL)
[4837-8338-6215]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 1st day of June, 2018.

SCHROETER GOLDMARK & BENDER

By: *s/ Elizabeth J. McLafferty*
　　　Kristin Houser, WSBA No. 07286
　　　houser@sgb-law.com
　　　Elizabeth J. McLafferty, WSBA No. 45291
　　　mclafferty@sgb-law.com

　　　Attorneys for Plaintiffs

### ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant IMO INDUSTRIES, INC. in this action are dismissed with prejudice and without costs.

Dated this __6__ day of __June__, 2018.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Michael E. Ricketts*
　　　Michael E. Ricketts, WSBA No. 09387
　　　James E. Horne, WSBA No. 12166
　　　GORDON THOMAS HONEYWELL, LLP
　　　600 University Street, Suite 2100
　　　Seattle, WA  98101-4185
　　　Telephone: (206) 676-7500
　　　Fax: (206) 676-7575
　　　Email: mricketts@gth-law.com
　　　　　　　jhorne@gth-law.com
　　　Attorneys for IMO Industries, Inc.

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT IMO
INDUSTRIES, INC. - 2 of 3
(2:17-cv-00700 RSL)
[4837-8338-6215]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1   Approved as to Form; Notice of
    Presentation Waived:
2
    By: *s/ Elizabeth J. McLafferty*
3         Kristin Houser, WSBA No. 07286
          Elizabeth J. McLafferty, WSBA No. 45291
4         SCHROETER GOLDMARK & BENDER
          810 Third Avenue, Suite 500
5         Seattle, WA  98104
          Phone: (206) 622-8000
6         Fax: (206) 682-2305
          Email: houser@sgb-law.com
7                 mclafferty@sgb-law.com
          Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT IMO
INDUSTRIES, INC. - 3 of 3
(2:17-cv-00700 RSL)
[4837-8338-6215]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575