UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br>v.<br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants | NO. 2:17-cv-00700-RSL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ASBESTOS CORPORATION LIMITED |

## STIPULATION

The above-captioned plaintiffs and defendant Asbestos Corporation Limited stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 26th day of September, 2018.

| | |
|---|---|
| SCHROETER, GOLDMARK & BENDER | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/Thomas J. Breen*<br>Thomas J. Breen, WSBA No. 34574<br>Kristin Houser, WSBA No. 7286<br>Attorneys for Plaintiffs | *s/Mark B. Tuvim*<br>Mark B. Tuvim, WSBA No. 31909<br>Kevin J. Craig, WSBA No. 29932<br>Attorney for Asbestos Corporation Limited |

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ASBESTOS CORPORATION LIMITED - 1
No. 2:17-cv-00700-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Asbestos Corporation Limited, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 2nd day of October, 2018.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/Thomas J. Breen*
Thomas J. Breen, WSBA No. 34574
Kristin Houser, WSBA No. 7286
Attorneys for Plaintiffs

GORDON REES SCULLY MANSUKHANI

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Asbestos Corporation Limited

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ASBESTOS CORPORATION LIMITED - 2
No. 2:17-cv-00700-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822