UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>　　　　　Plaintiffs,<br>v.<br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　Defendants | NO. 2:17-cv-00700-RSL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION |

## STIPULATION

The above-captioned plaintiffs and defendant Air & Liquid Systems Corporation, stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 27th day of September, 2018.

SCHROETER, GOLDMARK & BENDER

s/Thomas J. Breen
Thomas J. Breen, WSBA No. 34574
Kristin Houser, WSBA No. 7286
Attorneys for Plaintiffs

GORDON REES SCULLY MANSUKHANI, LLP

s/Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorney for Air & Liquid Systems Corporation

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION - 1
No. 2:17-cv-00700-RSL

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Air & Liquid Systems Corporation, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 2nd day of October, 2018.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/Thomas J. Breen*
Thomas J. Breen, WSBA No. 34574
Kristin Houser, WSBA No. 7286
Attorneys for Plaintiffs


GORDON REES SCULLY MANSUKHANI

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Air & Liquid Systems Corporation

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION - 2
No. 2:17-cv-00700-RSL

1148089/40253065v.1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822