1    HONORABLE ROBERT S. LASNIK
     Trial Date: November 5, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative of the Estate of ARTHUR MELVIN MIKELSEN,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE<br><br>*NOTED ON MOTION CALENDAR: OCTOBER 9, 2018* |

## **STIPULATION**

Under LCR 16(b)(4) Plaintiffs and Defendant Warren Pumps, LLC jointly stipulate and move the Court to enter an Order continuing the deadline to file motions in limine from October 8, 2018 to October 10, 2018. The parties intend to call the Court the morning of October 9, 2018 to discuss the case schedule and trial date.

Plaintiffs filed their Complaint on December 16, 2016 against fifteen defendants. (ECF 1 and 2). The matter was later removed to federal court. *Id.* Plaintiffs claim damages arising from Arthur Mikelsen's mesothelioma and death, which Plaintiffs claim was caused by his exposure to asbestos while working at Puget Sound Naval Shipyard, from which Mr. Mikelsen retired in 1980.

1 – STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
[2:17-CV-00700-RSL]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819 | F: 503.229.0630

*See id.* Plaintiffs filed motions for partial summary judgment (ECF 86), and Defendant Warren filed a motion for summary judgment (ECF 87). Under the Court's pre-trial order, motions in limine are due on October 8, 2018. ECF 95.

A Court can modify the schedule if the parties show good cause. Fed.R.Civ.P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Rule 16(b)'s "good cause" standard primarily considers the diligence of the party seeking the modification. The district court may modify the pretrial schedule "if it cannot reasonably be met with the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992). *See also Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087–88 (9th Cir.2002) (where plaintiff failed to "demonstrate diligence in complying with the dates set by the district court," good cause was not shown)., "[a] schedule may be modified only for good cause and with the judge's consent." FRCP 16(b)(4).

Good cause exists here. Both Plaintiffs and Defendant Warren Pumps, LLC's motions for summary judgment are under review by the court. Resolution of those motions will impact what motions in limine the parties file. Also, given conflicts with the existing November 5, 2018 trial date, the parties believe that it would be worthwhile to discuss the case schedule with the Court on October 9, before additional pre-trial filings are due.

Dated this 8th day of October, 2018.

| SCHROETER GOLDMARK & BENDER | RIZZO MATTINGLY BOSWORTH, PC |
|---|---|
| *s/ Lucas Garrett* | *s/Allen Eraut* |
| Thomas J. Breen, WSBA #34574<br>Lucas Garrett, WSBA #38452<br>Kristin Houser, WSBA #7286<br>Elizabeth McLafferty, WSBA #45291<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>206-622-8000<br>Counsel for Plaintiffs | Allen Eraut, WSBA #30940<br>Rizzo Mattingly Bosworth, PC<br>1300 SW 6th Avenue, Suite 330<br>Portland, Oregon 97204<br>Counsel For Warren Pumps, LLC |

2 – STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
[2:17-CV-00700-RSL]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

## ORDER

Based on the foregoing stipulation, the deadline for filing motions in limine is continued to October 10, 2018.

DATED this ___9th___ day of ___Oct.___, 2018.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

RIZZO MATTINGLY BOSWORTH, PC

*s/Allen Eraut*
_____
Allen Eraut, WSBA #30940
Rizzo Mattingly Bosworth, PC
1300 SW 6th Avenue, Suite 330
Portland, Oregon 97204
Counsel For: Warren Pumps, LLC

3 – STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
[2:17-CV-00700-RSL]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229 1819 | F: 503.229.0630