The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT CBS CORPORATION |

## STIPULATION

Plaintiffs Alice Mikelsen, Surviving Spouse and Susan Page, as Personal Representative for Arthur M. Mikelsen (hereinafter, "Plaintiffs"), and Defendant CBS Corporation, by and through their counsel of record, stipulate that all claims against Defendant CBS Corporation only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT CBS CORPORATION - 1
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| DATED this 5th of April 2019. | DATED this 5th of April 2019. |
| SCHROETER GOLDMARK & BENDER | TANENBAUM KEALE, LLP |
| By s/Lucas Garrett<br>   Lucas Garrett, WSBA #38452<br>   Attorneys for Plaintiffs | By s/Christopher S. Marks<br>   Christopher S. Marks, WSBA #28634<br>   Attorneys for Defendant CBS Corporation |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant CBS Corporation to dismiss all claims against Defendant CBS Corporation with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant CBS Corporation are hereby dismissed with prejudice and without costs or attorney fees as to any party, reserving to Plaintiffs their claims against the other parties.

DATED this  9th  day of  April , 2019.

_____
THE HONORABLE ROBERT S. LASNIK

PRESENTED BY:

TANENBAUM KEALE, LLP

By s/Christopher S. Marks
   Christopher S. Marks, WSBA #28634
   Attorneys for Defendant CBS Corporation

APPROVED BY:

SCHROETER GOLDMARK & BENDER

By s/Lucas Garrett
   Lucas Garrett, WSBA #38452
   Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREDJUDICE AND WITHOUT COST OF DEFENDANT CBS
CORPORATION - 2
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150