The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION |

## STIPULATION

Plaintiffs Alice Mikelsen, Surviving Spouse and Susan Page, as Personal Representative for Arthur M. Mikelsen (hereinafter, "Plaintiffs"), and Defendant Foster Wheeler Energy Corporation, by and through their counsel of record, stipulate that all claims against Defendant Foster Wheeler Energy Corporation only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION - 1
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

DATED this 5th of April 2019.

SCHROETER GOLDMARK & BENDER

By  s/Lucas Garrett
   Lucas Garrett, WSBA #38452
   Attorneys for Plaintiffs

DATED this 5th of April 2019.

TANENBAUM KEALE, LLP

By s/Christopher S. Marks
   Christopher S. Marks, WSBA #28634
   Attorneys for Defendant Foster Wheeler
   Energy Corporation

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant Foster Wheeler Energy Corporation to dismiss all claims against Defendant Foster Wheeler Energy Corporation with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant Foster Wheeler Energy Corporation are hereby dismissed with prejudice and without costs or attorney fees as to any party, reserving to Plaintiffs their claims against the other parties.

DATED this 9th day of April, 2019.

_____
THE HONORABLE ROBERT S. LASNIK

PRESENTED BY:

TANENBAUM KEALE, LLP

By s/Christopher S. Marks
   Christopher S. Marks, WSBA #28634
   Attorneys for Defendant Foster Wheeler Energy Corporation

APPROVED BY:

SCHROETER GOLDMARK & BENDER

By  s/Lucas Garrett
   Lucas Garrett, WSBA #38452
   Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION - 2
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150