The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 17-cv-00700-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT GENERAL ELECTRIC COMPANY |

## STIPULATION

Plaintiffs Alice Mikelsen, Surviving Spouse and Susan Page, as Personal Representative for Arthur M. Mikelsen (hereinafter, "Plaintiffs"), and Defendant General Electric Company, by and through their counsel of record, stipulate that all claims against Defendant General Electric Company only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREDJUDICE AND WITHOUT COST OF DEFENDANT GENERAL
ELECTRIC COMPANY - 1
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| DATED this 5th of April 2019. | DATED this 5th of April 2019. |
| SCHROETER GOLDMARK & BENDER | TANENBAUM KEALE, LLP |
| By s/ Lucas Garrett<br>Lucas Garrett, WSBA #38452<br>Attorneys for Plaintiffs | By s/ Christopher S. Marks<br>Christopher S. Marks, WSBA #28634<br>Attorneys for Defendant General Electric Company |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant General Electric Company to dismiss all claims against Defendant General Electric Company with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant General Electric Company are hereby dismissed with prejudice and without costs or attorney fees as to any party, reserving to Plaintiffs their claims against the other parties.

DATED this 9th day of April, 2019.

_____
THE HONORABLE ROBERT S. LASNIK

PRESENTED BY:

TANENBAUM KEALE, LLP

By s/Christopher S. Marks
   Christopher S. Marks, WSBA #28634
   Attorneys for Defendant General Electric Company

APPROVED BY:

SCHROETER GOLDMARK & BENDER

By s/ Lucas Garrett
   Lucas Garrett, WSBA #38452
   Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COST OF DEFENDANT GENERAL ELECTRIC COMPANY - 2
(Case No. 17-cv-00700-RSL)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150