|   |   |   |
|---|---|---|
| 1 |   | THE HONORABLE ROBERT S. LASNIK |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALICE MIKELSEN, Surviving Spouse, and SUSAN PAGE, as Personal Representative for ARTHUR MELVIN MIKELSEN. Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00700-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC ONLY**<br><br>*Clerk's Action Required* |

## STIPULATION

Plaintiffs and Defendant Warren Pumps, LLC stipulate and agree that the Court dismiss Plaintiffs' claims and causes of action against Warren Pumps, LLC only with prejudice and without costs to any party, reserving to Plaintiffs all claims against other parties.

Dated: 06/07/2019                                                Dated: 06/07/2019

SCHROETER GOLDMARK & BENDER              RIZZO MATTINGLY BOSWORTH PC

*s/Lucas Garrett*                                                         *s/Allen Eraut*
Lucas Garrett, WSBA #38452                              Allen Eraut, WSBA #30940
garrett@sgb-law.com                                            aeraut@rizzopc.com
Of Attorneys for Plaintiff                                       Attorney for Warren Pumps, LLC

1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

## ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation between Plaintiffs and Defendant Warren Pumps, LLC, through their respective and duly authorized attorneys, the Court having been fully advised and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that Plaintiffs' claims and causes of action against Warren Pumps, LLC only, are DISMISSED with prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

Dated this 10th day of June, 2019.

*Robert S. Lasnik (signature)*
Robert S. Lasnik
United States District Judge

Presented by:

RIZZO MATTINGLY BOSWORTH PC

s/*Allen Eraut*
Allen E. Eraut, WSB# 30940
aeraut@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
Attorneys for Warren Pumps, LLC

2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630